Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
Dorianne Salmon, *pro hac vice* forthcoming
DSalmon@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Moeka Takagi, Bar No. 333226
MTakagi@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

Attorneys for Plaintiff
University of British Columbia

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF BRITISH COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>CAPTION HEALTH, INC.,<br>GE HEALTHCARE TECHNOLOGIES INC.<br><br>Defendants. | Case No. 3:24-cv-3200<br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

Plaintiff University of British Columbia ("UBC" or "Plaintiff") files this Complaint against Caption Health, Inc. ("Caption Health") and GE Healthcare Technologies, Inc. ("GE Healthcare") (collectively "Defendants") to stop Defendants' ongoing infringement of plaintiff's patented innovative AI-based systems and methods for evaluating cardiac ultrasound images.

## THE NATURE OF THE ACTION

1.      This is a civil action for patent infringement of United States Patent No. 11,129,591 ("the '591 patent" or "the Patent-in-Suit") under the patent laws of the United States, 35 U.S.C. § 1 et seq.

2.      UBC seeks judgment that Defendants have infringed, and continue to infringe, the '591 patent based on Defendants' commercialization of plaintiff's patented innovative AI-based systems and methods prior to the expiration of the '591 patent.

## THE PARTIES

3.      UBC is a corporation continued under the University Act of British Columbia, with offices at 6328 Memorial Road, Room 240 Vancouver, B.C., Canada V6T 1Z2.

4.      On information and belief, Caption Health is a corporation organized and existing under the laws of Delaware with its principal place of business at 500 West Monroe Street, Chicago, IL 60661.

5.      On information and belief, GE Healthcare is a corporation organized and existing under the laws of Delaware with its principal place of business at 500 West Monroe Street, Chicago, IL 60661.  On information and belief, GE Healthcare acquired Caption Health in February 2023, and Defendants work in concert in connection with the acts of infringement asserted below.  GE HealthCare Form 10-Q at 14 (April 25, 2023) (https://investor.gehealthcare.com/static-files/900530e1-1ce0-4860-b7d0-7e2db5107f64).

## JURISDICTION AND VENUE

6.      This court has subject matter jurisdiction over the patent infringement claims asserted in this case under 28 U.S.C. §§ 1331 and 1338(a) because this action involves claims arising under the patent laws of the United States, 35 U.S.C. §§ 1 et seq.

COMPLAINT FOR PATENT INFRINGEMENT

7.      This Court has personal jurisdiction over Caption Health at least because Caption Health maintains a regular and established place of business within this District and has had continuous and systematic business contacts with the State of California and this District.  On information and belief, Caption Health has been registered to do business in the State of California since 2013.  On information and belief, Caption Health has operated regional offices in at least San Mateo, California and Brisbane, California.  *See, e.g.*, http://captionhealth.com; https://web.archive.org/web/20231209012621/https://www.caption-care.com/privacy-policy; https://www.sbir.gov/sbc/bay-labs-inc; https://www.sbir.gov/sbc/bay-labs-inc.

8.      This Court has personal jurisdiction over GE Healthcare at least because GE Healthcare maintains a regular and established place of business within this District, and has had continuous and systematic business contacts with the State of California and this District.  On information and belief, GE Healthcare operates regional offices in at least San Ramon, California and San Mateo, California.  *See* https://careers.gehealthcare.com/global/en/locations; *see also*, *e.g.*, https://careers.gehealthcare.com/global/en/job/R4004074/Field-Service-Engineer-San-Ramon-CA (job listing based in San Ramon, stating "[t]his role is located in San Ramon, CA and covers the entire Bay Area."); https://careers.gehealthcare.com/global/en/job/R4007392/HC-Technician-1-Biomedical-HC, https://careers.gehealthcare.com/global/en/job/R4007236/HC-Technician-2-Biomedical-HC, https://careers.gehealthcare.com/global/en/job/R4003151/AI-Research-Summer-Fall-Co-op (job listings based in San Ramon); https://careers.gehealthcare.com/global/en/job/R4006523/Biomedical-Engineer-II-Gilroy-CA (job listing based in San Mateo).

9.      On information and belief, Caption Health and GE Healthcare have committed infringing activities in California and in this District by making, using, selling, importing, and offering for sale products and systems that infringe upon the '591 patent, or by placing such infringing products and systems into the stream of commerce with the awareness, knowledge, and intent that they would be used, offered for sale, or sold by others in this District and/or purchased by consumers in this District.

COMPLAINT FOR PATENT INFRINGEMENT

10.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) at least because a substantial part of the events or omissions giving rise to UBC's claims occurred in this District, and each of Defendants has a regular and established place of business in this District and has committed, and continues to commit, acts of infringement in this District.

## FACTUAL BACKGROUND

### A.     UBC's Contributions to Echocardiography Research

11.     UBC is one of the top research universities in the world and has created numerous innovations that benefit society.  UBC has invested over $700 million in research funding for thousands of research projects.  https://www.ubc.ca/about/facts.html.  Many of UBC's innovations have been acknowledged by patent offices throughout the world, including the United States Patent and Trademark Office.

12.     Heart disease is a leading cause of death in this country and throughout the world. To diagnose the health of a heart, cardiac specialists view and analyze images of the heart created by ultrasound devices.  A problem that cardiac specialists face, however, is acquiring good images of the heart.

13.     Echocardiographic image analysis refers to the analysis of images of the heart created by ultrasound devices.  There are numerous challenges unique to acquiring and identifying good echocardiographic images.  One of the longstanding challenges is that operators need years of specialized training to properly capture and assess echocardiographic images.  Slight changes in where an ultrasound transducer is placed, or the pressure applied when using the transducer, can result in significant variation in the quality and usability of an image.  In most cases, the actual quality and usability of the image cannot be ascertained by the naked eye.  Given the inability to discern the quality of captured echocardiographic images, operators often send inadequate or unusable images to the lab, only to learn that the procedure must be repeated.  As a result, effective echocardiographic analysis can often be significantly delayed, which can delay proper treatment. Given this inefficient use of time and resources, there has long been a need for a better system and method for acquiring quality echocardiographic images.

COMPLAINT FOR PATENT INFRINGEMENT

14.    Before the '591 invention, there were many unsuccessful attempts to address these problems.  Simply digitizing the assessment process, for example, proved to be deficient due to additional technical challenges.  For example, the difficulty in assessing echocardiographic images is exacerbated by the fact that echocardiography involves capturing images from multiple strategic views.  Different combinations of anatomical structures need to be visible from each of the various views for a proper diagnosis, and before the '591 patent, there was no system that could accurately assess the visibility of these anatomical structures.  Additionally, unlike other medical imaging, echocardiography involves capturing the movement of the heart through sequences of images, known as echo cine series.  These echo cine series include multiple images (e.g., 20 images) for each view, which further increases the number of images that are assessed.  Capturing sequences of images from each of the various views increases the computational demands for assessing the echocardiographic images, especially when assessment feedback is desired quickly.  Further, previous approaches were deficient in quality assessment because the anatomical variations as well as the positioning of the ultrasound transducer results in a wider distribution of echo cine series belonging to each quality group, which reasonably results in multi-modal distributions.  To exacerbate the issue, echocardiography noise and artifact inference make it even more so challenging to use previous approaches.  Thus, even with advances in general imaging techniques in the past few decades, there remained a need for specialized techniques for echocardiographic image analysis.

15.    Recognizing this need to improve echocardiographic image analysis, UBC has invented, and continues to invent, improvements to techniques for assessing echocardiographic images.  The '591 patent is just one example of UBC's innovations in the field.

**B.    Development of the '591 Invention**

16.    Around 2013, Dr. Tsang, an experienced cardiologist and recent winner of the Canadian Society of Echocardiography Annual Achievement Award. https://www.ubccardio.com/canadian-cardiovascular-society-recognition-awards-2023/, approached Dr. Abolmaesumi, another of the '591 inventors, to discuss a problem associated with echocardiographic image capture and analysis.  Dr. Tsang noted that while portable ultrasound

1  machines were highly capable of capturing images of the heart, the images were often inadequate
2  because the operators—typically technicians—were unable to capture usable images. Even
3  experienced operators struggled to identify and capture quality images that were acceptable for
4  analysis. Dr. Tsang had numerous patients who had to return for more imaging.

5      17.    The named inventors on the '591 patent set out to address the problem. Dr.
6  Abolmaesumi and Dr. Rohling, both established professors and researchers in the field of medical
7  imaging, collaborated with Dr. Tsang about how to create a new system for determining
8  echocardiographic image quality that did not need to rely so heavily on the skill of an ultrasound
9  machine operator. They discussed how diagnoses depended on viewing images of the heart from
10 specific views, and that the quality of echocardiographic images taken from various views
11 depended on different features in the images. They determined that to analyze the three-
12 dimensional structure of the heart, a two-part process involving analyzing echocardiographic
13 images of at least two different views would be ideal. They also discussed whether neural networks
14 could be used to improve analysis of the echocardiographic images.

15     18.    While the inventors recognized the benefits of neural networks, application of neural
16 networks for determining quality of echocardiographic images was not an obvious choice at the
17 time. Systems for determining echocardiographic image quality typically relied on modeling
18 techniques involving comparison to standard shapes or models. However, standard modeling
19 techniques were deficient given the complexity in determining the quality of echocardiographic
20 images of a moving heart and were not sensitive enough to distinguish small variations amongst
21 images. Along with Dr. Abdi, a former student at UBC, Dr. Abolmaesumi, Dr. Rohling, and Dr.
22 Tsang discussed how to design a neural network architecture that would make up for these
23 deficiencies. Dr. Abdi, with guidance from the other inventors, worked on several iterations of a
24 prototype of the neural network architecture to implement the team's ideas through trial and error,
25 including by updating network designs and composing parameters that provided more effective
26 image quality assessments. *See, e.g.*, A. H. Abdi, et. al., *Automatic quality assessment of apical*
27 *four-chamber echocardiograms using deep convolutional neural networks*, Medical Imaging 2017:
28 Image Processing, 10133 (Feb. 2017); A. H. Abdi, et. al., *Automatic Quality Assessment of*

1    *Echocardiograms Using Convolutional Neural Networks: Feasibility on the Apical Four-Chamber*

2    *View*, IEEE Transactions on Medical Imaging, Vol. 36, 6:1221-1230 (June 2017); A. H. Abdi, et.

3    al., *Quality Assessment of Echocardiographic Cine Using Recurrent Neural Networks: Feasibility*

4    *on Five Standard View Planes*, Medical Image Computing and Computer Assisted Intervention

5    2017, Lecture Notes in Computer Science, 10435:302-310 (Sept. 2017).  Ultimately, through

6    hundreds of hours of effort, the inventors came up with the innovations disclosed and claimed in

7    the '591 patent.

8         19.    The patented system has various features.  For example, a neural network is trained

9    with thousands of images from multiple views of the heart, each image being labeled with a quality

10   score.  In this manner, the neural network can, for each view of the heart, create numerous

11   parameters that are relevant to the quality of an image and that can later be used to assess quality

12   of echocardiographic images.  In developing a prototype, the inventors recognized that they could

13   not simply apply a neural network to echocardiographic images and expect results.  As described

14   above, there are unique aspects of echocardiography that make it challenging to analyze the quality

15   of echocardiographic images, such as capturing images from various views where each view has

16   different features relating to quality.  There is no one-size-fits-all approach for training and applying

17   a neural network for determining the quality of echocardiographic images—simply training a neural

18   network with a large number of echocardiographic images will not provide a system that can

19   effectively recognize quality of echocardiographic images.  The inventors rectified this deficiency

20   by conceiving and designing systems and methods involving a neural network architecture that

21   takes into account the view categories of images and provides assessment parameters that are

22   specialized for specific view categories.  The resulting quality analysis is more accurate, reducing

23   the need for operators to retake patients' echocardiographic images and doctors to review captured

24   images multiple times.

25        20.    The inventors also sought to optimize computer performance and efficiency when

26   faced with the technical issue of heavy computational resource usage typically associated with

27   neural networks.  To do so, the inventors conceived of having a different assessment neural network

28   for each view of the heart, but also having such neural networks share certain layers, with the goal

of reducing computer processing and memory usage requirements of the computers training and executing the neural network.  In developing their prototype, the inventors included multiple regression models that shared weights across the common shared layers and included separate view-specific layers.  They found that splitting the neural network into a common portion and a view category specific portion facilitates more efficient training, such as by requiring fewer learning parameters than would be required if using fully separate neural networks.  They further found that implementing the common portion reduces the amount of training performed overall, decreasing computational resources directed to training and reducing the need to store and process training images.  The patented system thus allows for allocation of computational resources that would typically be used for training, as well as storage and processing of training images to be directed elsewhere.  The inventors also found that their neural network architecture reduces memory usage by using fewer learning parameters, for example, by facilitating data compression and easier transfer of parameters to a machine.

21.    The inventors also implemented the neural network architecture with common shared layers because they recognized that training images are not easily obtainable in echocardiography.  While the use of neural networks in other contexts may allow outsourcing of labelling of training images, labelling for echocardiographic image analysis relies on highly skilled individuals, such as cardiologists, to provide their expertise.  As described above, the neural network architecture with common shared layers has the benefit of a reduced amount of training and the need for fewer training images.  Thus, the patented system did not need to rely on collection of as many training images and labelling from experts.

22.    Once they were satisfied that they had conceived and reduced to practice a system that dramatically improved the capture and assessment of echocardiographic images, the inventors filed a patent application disclosing their invention.  The original provisional application was filed on April 21, 2016.

**C.    The Consideration and Grant of the '591 Patent**

23.    The United States Patent Office did not take long to recognize the importance of the invention.  After considering over 60 references cited by UBC or the Examiner, the Examiner cited

one reference in an Office Action as anticipating the claims.  *See* App. No. 16/095,601, May 5, 2021 Non-Final Rejection.  However, the Examiner allowed the application shortly after UBC's amendment and response upon recognizing that the Office Action had mischaracterized the cited reference and that the reference did not disclose the claimed features.  *See id*., August 5, 2021 Amendment/Request for Reconsideration-After Non-Final Rejection; *see id*., August 18, 2021 Notice of Allowance.

24.     Thus, after only one Office Action rejecting the claims, the Patent Office issued a "notice of allowance," acknowledging the invention was patentable, and on September 28, 2021, the '591 patent, a copy of which is attached as Exhibit A, was issued.

**D.     Caption Health's Knowledge and Infringement of the '591 Patent**

25.     In early 2022, not long after the '591 patent issued, UBC and the inventors discovered that Caption Health was marketing its AI-based cardiac ultrasound software that practiced the claims of the '591 patent and that was remarkably close to the prototype the inventors created.

26.     Assuming that Caption Health was unaware of UBC's patent, UBC wrote to Caption Health and attempted to resolve this dispute without litigation.

27.     On May 5, 2022, UBC's counsel sent a letter to Steve Cashman, President and Chief Executive Officer of Caption Health, bringing the infringement of the '591 patent to Caption Health's attention and offering discussions to resolve the matter without litigation.  A copy of the May 5, 2022 letter is attached hereto as Exhibit B.

28.     Caption Health did not respond to the letter.

29.     Having heard no response, UBC's counsel sent another letter to Mr. Cashman on May 24, 2022, attaching the original May 5, 2022 letter and requesting a response regarding the '591 patent.  A copy of the May 24, 2022 letter is attached hereto as Exhibit C.

30.     On June 13, 2022, Caption Health CEO Steve Cashman sent an email acknowledging receipt of the May 2022 letters and promising a prompt response following review of the letters.  A copy of the email is attached hereto in Exhibit D.

COMPLAINT FOR PATENT INFRINGEMENT

31.     On June 27, 2022, Mr. Cashman sent another email alleging that the May 5 letter did not include enough information to engage in a productive discussion and asking for "more information…, such as detailed claim mapping and interpretation in relation to [Caption Health's] current products." A copy of the email is attached hereto in Exhibit D.

32.     In response, UBC provided the requested information, including a claim chart, in a letter to Mr. Cashman on November 11, 2022, again requesting a response. A copy of the November 11, 2022 letter is attached hereto as Exhibit E and incorporated herein by reference.

33.     Caption Health never responded to the November 11, 2022, letter and has not otherwise provided any substantive response to UBC.

34.     GE Healthcare acquired Caption Health in February 2023 for about $150 million. GE HealthCare Form 10-Q at 14 (April 25, 2023) (https://investor.gehealthcare.com/static-files/900530e1-1ce0-4860-b7d0-7e2db5107f64); *GE HealthCare to Acquire Caption Health, Expanding Ultrasound to Support New Users Through FDA-Cleared, AI-Powered Image Guidance*, BusinessWire (Feb. 9, 2023) (https://www.businesswire.com/news/home/20230209005244/en/GE-HealthCare-to-Acquire-Caption-Health-Expanding-Ultrasound-to-Support-New-Us).

**E.     The '591 Patent**

35.     UBC owns all rights, title, and interest in the '591 patent, including those necessary to bring this action, and including the right to recover past and future damages.

36.     The claims of the '591 patent are directed to inventions related to capturing and evaluating cardiac ultrasound images. Specifically, the claims address the problems described above of "echocardiographic systems…[that] may not assist echocardiographers in capturing high quality echocardiographic images for use in subsequent quantified clinical measurement of anatomical features." '591 patent, 1:29-34. The claimed inventions solved this problem with new and improved methods and systems formed by training and employing neural networks for assessing the quality of echocardiographic images and providing quantitative analysis to help operators optimize the quality of such images. *See, e.g.*, *id*., 5:30-45, 6:13-20.

COMPLAINT FOR PATENT INFRINGEMENT

37.     Further, the employed neural networks are trained to assess echocardiographic images of a specific view category. *See, e.g.*, *id*., 5:62-6:20. As described above, it is typical to capture echocardiographic images from various view or anatomical planes to allow determination of certain clinical measurements or diagnosis. *See, e.g.*, *id*., 5:46-49. Since the desirable characteristics for each of these different views can differ, there may be different criteria for assessing echocardiographic images based on the view they represent. *See, e.g.*, *id*., 5:62-67. For example, a quality assessment value for the "AP2" view category may depend on the left ventricle, left atrium, and mitral valve in the image, while a quality assessment value for the "AP3" category may depend on the aortic valve, mitral valve, left atrium, left ventricle, and septum. *See, e.g.*, *id*., 15:28:39. As the specification explains, the employed neural networks are trained with images and their associated view category information, so that neural network parameters that are eventually used to assess image quality can evaluate quality based on criteria specific to certain view categories. *See, e.g.*, *id*., 17:60-63, 18:27-35. Employment of neural networks associated with specific view categories of echocardiographic images was not known or conventional and provided an improvement over typical analyses. For example, a neural network is better able to consider in its analysis the "variability in the echocardiographic image data than when analysis of the echocardiographic image relies on an average template or atlas with average shape." *See, id*., 11:44-51. Applying specialized neural networks for specific view categories thus improves the system's ability to assess echocardiographic image quality. Thus, the claims provide an improvement to a specific technology in a particular field.

38.     The claimed inventions include additional technical improvements, such as the use of neural networks with common shared layers and a different set of view category specific layers. *See, e.g.*, 12:10-21, FIG. 8. The neural network architecture includes multiple regression models that share weights across the common shared layers and includes separate view-specific layers. *See, e.g.*, 12:31-35, FIG. 8. Splitting the neural network into a common portion and a view category specific portion facilitates more efficient training, such as by requiring fewer learning parameters than would be required if using fully separate neural networks. *See, e.g.*, 13:53-59. The use of fewer learning parameters also reduces memory usage, for example, by facilitating data

compression and easier transfer of parameters to a machine.  *See, e.g.*, 13:59-61, 24:9-10.  Thus, the claims provide specific technological advances in using neural networks for analysis of echocardiographic images for the purpose of quality assessment.

### F.    Defendants' Infringing Products

39.    On information and belief, Defendants make, use, sell, offer to sell, and/or import into the United States ultrasound products that incorporate scan guidance technology to help operators              assess              the              quality              of              echocardiographic              images. https://www.gehealthcare.com/campaigns/venue-family-caption-guidance ("Thanks to Caption Guidance$^{TM}$ AI-driven software on the Venue family, even new ultrasound users can capture cardiac images successfully."); https://www.gehealthcare.com/about/newsroom/press-releases/ge-healthcare-launches-enhanced-venue-family-point-of-care-ultrasound-systems-featuring-ai-driven-caption-guidance?npclid=botnpclid (Oct. 6, 2023) ("Caption Guidance on the Venue Family point-of-care ultrasound systems is available in the United States.").

40.    Defendants market their infringing products as incorporating the infringing scan guidance technology under the names "Caption Guidance," "Caption AI, " or "Caption AI Guidance."  Caption Guidance is "a medical software tool that utilizes Artificial Intelligence (AI) for providing echocardiography."  G. Yatnalkar, *EMMA International: Caption Guidance – FDA's First Authorized AI-Based Cardiac Ultrasound Software*, by Govind (Feb. 15, 2021).  Caption Guidance, or Caption AI Guidance, is incorporated into a series of point-of-care ultrasound products called "the Venue Family."  *GE HealthCare Launches Enhanced Venue Family Point-of-Care Ultrasound Systems Featuring AI-Driven Caption Guidance*, GE Healthcare (Oct. 6, 2023), https://www.gehealthcare.com/about/newsroom/press-releases/ge-healthcare-launches-enhanced-venue-family-point-of-care-ultrasound-systems-featuring-ai-driven-caption-guidance?npclid=botnpclid; *see also* https://www.linkedin.com/posts/rolandrott_ultrasound-gehealthcare-rsna-activity-7135509649302126594-J-2g/?utm_source=share&utm_medium=member_ios (LinkedIn post by GE HealthCare CEO, Roland Rott, marketing "the Venue Family with Caption AI Guidance").  Similarly, Caption AI "provides real-time visual guidance to prompt users on probe movements and includes a quality

meter to ensure the user obtains the best possible images. Once an image is captured, the AutoEF feature automatically calculates a left ventricular ejection fraction (LVEF). In addition, users can efficiently scan with AutoCapture and Save Best Clip features to capture the best quality image from each view." *GE HealthCare Introduces Caption AI on Vscan Air SL Wireless Handheld Ultrasound System to Help More Clinicians Capture Diagnostic-Quality Cardiac Images*, GE Healthcare (Apr. 3, 2024), https://www.gehealthcare.com/about/newsroom/press-releases/ge-healthcare-introduces-caption-ai-on-vscan-air-sl-wireless-handheld-ultrasound-system-to-help-more-clinicians-capture-diagnostic-quality-cardiac-images. Caption AI is incorporated into handheld ultrasounds called "Vscan Air SL." *Id.* While the features described below focus on Caption Guidance, on information and belief, Caption AI provides similar features. *See id.*; *see also* https://www.gehealthcare.com/products/ultrasound/handheld-ultrasound/vscan-air-caption-ai.

**Find Caption Guidance**

# Discover the Venue Family

Whether you're looking for an adaptable model that goes from cart to table to wall, or a console system with a large screen, there is a versatile, robust, and simple system made for your point of care.







**Venue™ Point of Care Ultrasound**
Designed for simplicity, speed, and precision, Venue is the premier solution of our point of care ultrasound systems.

**Venue Go™ Point of Care Ultrasound**
The take anywhere Venue Go adapts to your point of care and allows you to go from cart to table to wall with ease.

**Venue Fit™ Point of Care Ultrasound**
A simple, fast and precise way to assess a patient's medical status at the point of care, meet Venue Fit, the newest member of the Ve...

https://www.gehealthcare.com/campaigns/venue-family-caption-guidance.



**Real-time step-by-step scan guidance**

https://www.gehealthcare.com/products/ultrasound/handheld-ultrasound/vscan-air-caption-ai.

41.    Caption Guidance is designed to provide "[p]reliminary probe placement information [that] shows you where to place and how to orient the ultrasound probe." *Id*.  As the operator begins the exams, "a handy reference image shows [the operator] the image [they] are trying to acquire." *Id*.  During the scan, Caption Guidance further provides "prescriptive guidance…on the screen" including a "Quality Meter" that rises when the operator "get[s] closer to an image of diagnostic quality." *Id*.

COMPLAINT FOR PATENT INFRINGEMENT

https://www.gehealthcare.com/campaigns/venue-family-caption-guidance.

42. On information and belief, Caption Health's patent publication, U.S. Patent Publication No. 2021/0052253 ("the '253 application"), describes the functionality of Caption Guidance. A copy of the '253 application is attached hereto as Exhibit F.

43. The '253 application is directed to ultrasound guidance dynamic progression methods and systems. The '253 application describes "[a]n ultrasound guidance dynamic progression method [that] includes selecting a predetermined ultrasound diagnostic workflow in memory of an ultrasound diagnostic computing system." '253 application, Abstract. It further describes a system that comprises "at least one processor" configured to perform the method. *See, e.g., id.*, ¶¶ [0026], [0035]-[0037]. The '253 application describes implementation of a "quality meter" ('253 application, 150 of Fig. 1, ¶ 26), which is a feature of Caption Guidance. https://www.gehealthcare.com/campaigns/venue-family-caption-guidance ("Quality Meter The meter rises as the image improves and gets closer to diagnostic-quality").



*Id.*, Fig. 1

44.    The '253 application describes that Caption Guidance is incorporated in "an ultrasound diagnostics data processing system configured for ultrasound guidance dynamic progression." '253 application, ¶ 26.  This system is used "in connection with the imaging of a heart." *Id.*, ¶ 20; *see also* Fig. 1 (i.e., target organ 130).  Caption Guidance "provides real-time guidance during scanning to assist the user in obtaining anatomically correct images from standard transthoracic echocardiographic (TTE) transducer positions."  Narang, et. al., *Utility of a Deep-*

*Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021).

45.     Caption Guidance acquires a video clip comprising a series of echocardiographic images.  '253 application, ¶ 20 ("ultrasound imaging system 110 with ultrasound imaging probe 120 conducts an ultrasound imaging operation in order to acquire a video clip as near real-time imagery 155 of a target organ 130").  The video clip is acquired by scanning using a transducer. Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021) ("The AI-guided image acquisition software…Caption Guidance…provides real-time guidance during scanning to assist the user in obtaining anatomically correct images from standard transthoracic echocardiographic (TTE) transducer positions."); *see also In Caption AI Product Demo | AI-Guided Ultrasound System*, https://www.youtube.com/watch?v=URmb72IA4b4.

46.     Caption Guidance associates captured echocardiographic images with view categories.  For example, the Caption Guidance workflow "includ[es] a sequence of views of a target organ" where "a first one of the views in the sequence" is selected.  '253 application, ¶ 9. Caption Guidance then "acquir[es] imagery in the computing system in association with the selected first one of the views in the sequence." *Id.*; *see also In Caption AI Product Demo | AI-Guided Ultrasound System*, https://www.youtube.com/watch?v=URmb72IA4b4.  The sequence of views includes predetermined echocardiographic image view categories, such as "a parasternal long axis view, a parasternal short axis view, an apical two, three, four or five chamber view or a subcoastal view." *Id.*, ¶ 20.

47.     Caption Guidance determines quality assessment values representing view category specific quality assessment of echocardiographic images.  Caption Guidance implements a "quality meter" that "indicates a sliding scale of quality of the imagery…relative to a known view sought to be acquired for the target organ." *Id.*, ¶ 22; *see also In Caption AI Product Demo | AI-Guided Ultrasound System*, https://www.youtube.com/watch?v=URmb72IA4b4.  A success icon is displayed in connection with the quality meter if the "corresponding quality value…meets or exceeds a threshold quality for the specified view." *Id.*

COMPLAINT FOR PATENT INFRINGEMENT

48.    Once a quality assessment value is determined for an echocardiographic image, Capture Guidance automatically captures an echocardiographic image and associates the image with the determined quality assessment value.  For example, "[w]hen the real-time quality meter exceeds a preset threshold, it automatically records a video clip (termed an *auto-capture*)."  Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021); *see also* H. Hong, Ph.D., *Caption Health: Flattening the Ultrasound Learning Curve with Breakthrough AI-Guided Echocardiography System*, 4:30-4:40, https://www.youtube.com/watch?v=NCFFAlHSPrc ("Finally, [it] recognizes when the user reaches the target and automatically captures the images in diagnostic quality."); *In Caption AI Product Demo | AI-Guided Ultrasound System*, 0:48-1:00, https://www.youtube.com/watch?v=URmb72IA4b4 ("As Sarah gets closer to the optimal view, the meter rises.  Once the software detects a diagnostic quality image, the meter turns green and the clip is automatically recorded without having to press any buttons.").

49.    Caption Guidance performs the steps above for multiple echocardiographic images, such as those corresponding to multiple view categories.  '253 application, ¶ 21 ("For each of the views 135A, 135B, 135N, corresponding guidance 145A, 145B, 145N is determined and presented in sequence of the views 135A, 135B, 135N of the workflow 175 within the user interface 140 as respective graphical instructions 145. In this regard, the corresponding guidance 145A, 145B, 145N includes different directives for positioning and posing the ultrasound imaging probe 120 so as to produce the imagery 155 for a corresponding one of the views 135A, 135B, 135N."); *id*., ¶ 20 ("a sequence of views…may include a parasternal long axis view, a parasternal short axis view, an apical two, three, four or five chamber view or a subcoastal view.").

50.    On information and belief, Caption Guidance utilizes neural networks to assess the quality of captured echocardiographic images.  G. Yatnalkar, *Caption Guidance – FDA's First Authorized AI-Based Cardiac Ultrasound Software* (Feb. 15, 2021), https://emmainternational.com/fda-authorized-ai-cardiac-ultrasound-software/ ("For Caption Guidance, the AI Algorithm used for image or video frame selection is the Deep Convolutional Neural Network (DCNN)."); Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices*

*to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021) ("The AI-guided image acquisition software…Caption Guidance…provides real-time guidance during scanning to assist the user in obtaining anatomically correct images from standard transthoracic echocardiographic (TTE) transducer positions…The software monitors image quality continuously, simultaneously providing iterative prescriptive cues to improve the image via the DL algorithm."); *FDA Authorizes Marketing of First Cardiac Ultrasound Software That Uses Artificial Intelligence to Guide User*, FDA News Release (Feb. 7, 2020), https://www.fda.gov/news-events/press-announcements/fda-authorizes-marketing-first-cardiac-ultrasound-software-uses-artificial-intelligence-guide-user ("The Caption Guidance software was developed using machine learning to train the software to differentiate between acceptable and unacceptable image quality.").

51.     The Caption Guidance neural networks are trained to provide quality assessment values that are specific to certain view categories.  For example, "a second neural network…may be trained to characterize guidance instructions relative to contemporaneously acquired imagery of the target organ." '235 application, ¶ 28.  The "second neural network…is trained to produce recommend[ed] guidance to achieve the optimal acquisition of generated imagery for the target organ for the particular one of the views…relative to the generated imagery contemporaneously presented in a display of the host computing system." *Id.*  The Caption Guidance "DL algorithms were trained using more than 5 million observations associating transducer orientation, the diagnostic correctness of the resulting image, and the outcome of subsequent manipulations with diagnostic quality."  Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021).  Caption Guidance's "DL algorithm estimates image quality via a component called the quality meter, suggesting probe manipulations using prescriptive guidance."  *Id.*

52.     The Caption Guidance neural networks each have an input layer configured to receive echocardiographic images and an output layer configured to output quality assessment values.  Caption Guidance uses "convolutional neural networks constructed by stacking computational layers, each taking input from the layer below, transforming and passing it along to the layer above."  *Id.*  Caption Guidance "has several interconnected DL algorithms making 3

simultaneous estimates: (1) diagnostic quality of the imagery, (2) 6-dimensional geometric distance (by position and orientation) between current probe location and the location anticipated to optimize the image, and (3) corrective probe manipulations to improve diagnostic quality." *Id.* "[A]s the neural network…is presented with contemporaneously acquired imagery of the target organ for the particular one of the views…, the neural network produces a recommended movement or pose of the ultrasound imaging probe…in order to acquire generated imagery deemed acceptable for the particular one of the views." '253 application, ¶ 28.

53.    Defendants announced plans to incorporate Caption Guidance into additional products. https://www.gehealthcare.com/about/newsroom/press-releases/ge-healthcare-launches-enhanced-venue-family-point-of-care-ultrasound-systems-featuring-ai-driven-caption-guidance?npclid=botnpclid (Oct. 6, 2023) ("GE HealthCare plans to integrate this innovative AI technology into other ultrasound systems, including handheld systems, helping to further expand access to diagnostic care as well as the use of ultrasound in a variety of care settings.").

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 11,129,591

54.    UBC incorporates by reference and re-alleges all of the foregoing paragraphs of this Complaint and exhibits attached hereto as is fully set forth herein.

55.    Defendants infringe at least claims 1 and 15 of the '591 patent by making, using, selling, importing, offering for sale its "Venue Family" products and Vscan Air SL products that incorporate Caption Guidance or Caption AI (the "Accused Products").

56.    Each of the Accused Products is "[a] computer-implemented system for facilitating echocardiographic image analysis…comprising at least one processor…" and is used for "[a] computer-implemented method of facilitating echocardiographic image analysis." *See, e.g.*, '253 application, ¶¶ [0026], [0035]-[0037]; https://www.gehealthcare.com/campaigns/venue-family-caption-guidance ("Preliminary probe placement information shows you where to place and how to orient the ultrasound probe.  As you begin the exam, a handy reference image shows you the image you are trying to acquire."; "prescriptive guidance [is] provided on the screen…the Quality Meter rise[s] as you get closer to an image of diagnostic quality."); *see also supra* ¶¶ 41-44.

COMPLAINT FOR PATENT INFRINGEMENT

57.    The Accused Products perform "receiving signals representing a first at least one echocardiographic image."    For example, the Accused Products acquire a series of echocardiographic images when an operator scans a patient using a transducer.  *See, e.g.*, '253 application, ¶ 20; Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021); *see also supra* ¶¶ 43, 45.

58.    The Accused Products perform "associating the first at least one echocardiographic image with a first view category of a plurality of predetermined echocardiographic image view categories."  For example, the Accused Products receives a selection from "a sequence of views of a target organ" where "a first one of the views" in "a sequence of views of a target organ."  '253 application, ¶ 9.  The Accused Products then "acquir[es] imagery in the computing system in association with the selected first one of the views in the sequence."  *Id*.  The sequence of views includes "a plurality of predetermined echocardiographic image view categories," such as "a parasternal long axis view, a parasternal short axis view, an apical two, three, four or five chamber view or a subcoastal view."  *Id*., ¶ 20; *see also supra* ¶¶ 43, 46.

59.    The Accused Products perform "determining, based on the first at least one echocardiographic image and the first view category, a first quality assessment value representing a view category specific quality assessment of the first at least one echocardiographic image."  For example, the Accused Products implement a "quality meter" that "indicates a sliding scale of quality of the imagery…relative to a known view sought to be acquired for the target organ."  '253 application, ¶ 22.  A success icon is displayed in connection with the quality meter if the "corresponding quality value…meets or exceeds a threshold quality for the specified view."  *Id*.; *see also supra* ¶¶ 43, 47.

60.    The Accused Products perform "producing signals representing the first quality assessment value for causing the first quality assessment value to be associated with the first at least one echocardiographic image."  For example, the Accused Products automatically capture an echocardiographic image and associate the image with the determined quality assessment value.  "When the real-time quality meter exceeds a preset threshold, it automatically records a video clip

COMPLAINT FOR PATENT INFRINGEMENT

(termed an *auto-capture*)." Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021); *see also* H. Hong, Ph.D., *Caption Health: Flattening the Ultrasound Learning Curve with Breakthrough AI-Guided Echocardiography System*, https://www.youtube.com/watch?v=NCFFAlHSPrc; *see also In Caption AI Product Demo | AI-Guided Ultrasound System*, https://www.youtube.com/watch?v=URmb72IA4b4; *see also supra* ¶ 48.

61.    The Accused Products perform the steps describes above (*see supra* ¶¶ 57-60) for multiple echocardiographic images corresponding to multiple view categories. '253 application, ¶ 21 ("For each of the views 135A, 135B, 135N, corresponding guidance 145A, 145B, 145N is determined and presented in sequence of the views 135A, 135B, 135N of the workflow 175…In this regard, the corresponding guidance 145A, 145B, 145N includes different directives for positioning and posing the ultrasound imaging probe 120 so as to produce the imagery 155 for a corresponding one of the views 135A, 135B, 135N."); *see also supra* ¶ 49. Thus, the Accused Products perform "receiving signals representing a second at least one echocardiographic image," "associating the second at least one echocardiographic image with a second view category of the plurality of predetermined echocardiographic image view categories, said second view category being different from the first view category," "determining, based on the second at least one echocardiographic image and the second view category, a second quality assessment value representing a view category specific quality assessment of the second at least one echocardiographic image," and "producing signals representing the second quality assessment value for causing the second quality assessment value to be associated with the second at least one echocardiographic image."

62.    In the Accused Products, "each of the plurality of predetermined echocardiographic image view categories is associated with a respective set of assessment parameters," where "each of the sets of assessment parameters being a set of neural network parameters that defines a neural network having a plurality of layers including an input layer configured to receive one or more echocardiographic images and an output layer configured to output one or more quality assessment

values."    The Accused Products use neural networks to assess the quality of captured echocardiographic images.  G. Yatnalkar, *Caption Guidance – FDA's First Authorized AI-Based Cardiac Ultrasound Software* (Feb. 15, 2021), https://emmainternational.com/fda-authorized-ai-cardiac-ultrasound-software/ ("For Caption Guidance, the AI Algorithm used for image or video frame selection is the Deep Convolutional Neural Network (DCNN)."); *see also* Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021); *see also supra* ¶¶ 50-51.

63.    The Accused Products use neural networks that have "a plurality of layers including an input layer configured to receive one or more echocardiographic images and an output layer configured to output one or more quality assessment values."  For example, these "convolutional neural networks [are] constructed by stacking computational layers, each taking input from the layer below, transforming and passing it along to the layer above," and are used to make estimates about "(1) diagnostic quality of the imagery, (2) 6-dimensional geometric distance (by position and orientation) between current probe location and the location anticipated to optimize the image, and (3) corrective probe manipulations to improve diagnostic quality."  Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021).  When a neural network "is presented with contemporaneously acquired imagery of the target organ for the particular one of the views…, the neural network produces a recommended movement or pose of the ultrasound imaging probe…in order to acquire generated imagery deemed acceptable for the particular one of the views."  '253 application, ¶ 28; *see also supra* ¶ 52.

64.    The Accused Products use neural networks that are trained to provide quality assessment values that are specific to certain view categories.  For example, a "neural network…is trained to produce recommend[ed] guidance to achieve the optimal acquisition of generated imagery for the target organ for the particular one of the views…relative to the generated imagery contemporaneously presented in a display of the host computing system."  '253 application, ¶ 28; *see also* Narang, et. al., *Utility of a Deep-Learning Algorithm to Guide Novices to Acquire Echocardiograms for Limited Diagnostic Use*, JAMA Cardiology, 6:624-632, 625 (June 2021)

COMPLAINT FOR PATENT INFRINGEMENT

("DL algorithms were trained using more than 5 million observations associating transducer orientation, the diagnostic correctness of the resulting image, and the outcome of subsequent manipulations with diagnostic quality."); *see also supra* ¶ 51. Each of the trained neural networks output assessment parameters, resulting in "the sets of assessment parameters being a set of neural network parameters."

65.     To determine the "first quality assessment value," the Accused Products perform "determining that a first set of assessment parameters of the sets of assessment parameters is associated with the first view category" and "in response to determining that the first set of assessment parameters is associated with the first view category, inputting the first at least one echocardiographic image into the neural network defined by the first set of assessment parameters." The "neural network defined by the first set of assessment parameters" can "apply[] a first function based on the first set of assessment parameters to the first at least one echocardiographic image." As described above (*see supra* ¶¶ 47, 50-52), to determine quality assessment values, the Accused Products use neural networks that are trained to provide quality assessment values that are specific to certain view categories and that have an input layer for receiving echocardiographic images. To determine the "first quality assessment value"  that is associated with "the first view category," the Accused Products thus use assessment parameters derived from a neural network trained to provide quality assessment values specific to "the first view category."  Specifically, the Accused Products determine a first set of assessment parameters associated with the first view category, and in response input the first echocardiographic image for analysis by the determined first set assessment parameters.  Similarly, to determine the "second quality assessment value" that is associated with "the second view category," the Accused Products use assessment parameters derived from a neural network trained to provide quality assessment values specific to "the second view category." Specifically, the Accused Products determine a second set of assessment parameters associated with the second view category, and in response input the second echocardiographic image for analysis by the determined second set of assessment parameters.

66.     Defendants have also induced and continue to induce the infringement of the '591 patent by others in violation of 35 U.S.C. § 271(b), including by selling the Accused Products to

COMPLAINT FOR PATENT INFRINGEMENT

their customers and/or other end users and instructing them to practice at least claim 15 of the '591 patent by using the Accused Products.  On information and belief, Defendants are aware of the '591 patent and are aware that when their customers and/or other end users use the Accused Products in accordance with Defendants' instructions, the customers and/or other end users directly infringe at least claim 15 of the '591 patent.  *See supra* ¶¶ 26-34, 70; *see also e.g.*, *In Caption AI Product Demo | AI-Guided Ultrasound System*, https://www.youtube.com/watch?v=URmb72IA4b4.  On information and belief, Defendants sell the Accused Products both directly through its own sales force and website.  *See* https://www.gehealthcare.com/about/newsroom/press-releases/ge-healthcare-launches-enhanced-venue-family-point-of-care-ultrasound-systems-featuring-ai-driven-caption-guidance?npclid=botnpclid (Oct. 6, 2023) ("Caption Guidance on the Venue Family point-of-care ultrasound systems is available in the United States."); *see also* https://www.gehealthcare.com/shop; https://www.gehealthcare.com/shop/equipment/vscan-air-sl.

67.    Defendants have also contributed and continue to contribute to infringement of the '591 patent in violation of 35 U.S.C. § 271(c) by selling the Accused Products to their customers and/or other end users and instructing them to practice at least claim 15 of the '591 patent by using the Accused Products.  On information and belief, Defendants are aware of the '591 patent and are aware that when their customers and/or other end users use the Accused Products in accordance with Defendants' instructions, the customers and/or other end users directly infringe at least claim 15 of the '591 patent.  *See supra* ¶¶ 26-34, 70; *see also, e.g.*, *In Caption AI Product Demo | AI-Guided Ultrasound System*, https://www.youtube.com/watch?v=URmb72IA4b4.  The infringing Caption Guidance is a component of the Accused Products and constitutes a material part of the invention of the '591 patent.  The infringing Caption Guidance has no substantial non-infringing uses and is not a staple article of commerce.

68.    UBC has never authorized Defendants to make, use, offer to sell, or sell the Accused Products that incorporate the infringing Caption Guidance.

69.    As a direct and proximate result of Defendants' acts of infringement, Defendants have derived and received gains, profits, and advantages.  UBC has been damaged, and continues

COMPLAINT FOR PATENT INFRINGEMENT

to be damaged, by Defendants' infringement in an amount yet to be determined, of at least a reasonable royalty.

70.    Defendants' infringement has been and continues to be willful.  Defendants had actual knowledge of the '591 patent at least as of May 5, 2022, the date UBC sent its initial letter bringing the infringement of the '591 patent to Defendants' attention.  *See* Exhibit B.  Pursuant to 35 U.S.C. § 284, UBC is entitled to damages for Defendants' infringement acts and treble damages together with interests and costs as fixed by this Court.

71.    This is an exceptional case.  Pursuant to 35 U.S.C. § 285, UBC is entitled to reasonable attorneys' fees for the necessity of bringing this claim.

72.    UBC further seeks any other damages to which UBC is entitled under law or in equity.

### DEMAND FOR JURY TRIAL

73.    UBC hereby demands a jury trial for all issues so triable.

### PRAYER FOR RELIEF

74.    WHEREFORE, UBC respectfully requests that this Court enter judgment in its favor as follows:

A.    That Judgment be entered that Defendants have infringed and continues to infringe one or more claims of the '591 patent under 35 U.S.C. § 271;

B.    That, in accordance with 35 U.S.C. § 283, Defendants and all their affiliates, employees, agents, officers, directors, attorneys, successors, and assigns and all those acting on behalf of or in active concert or participation with any of them, be preliminarily and permanently enjoined from infringing the '591 patent;

C.    That UBC be awarded damages sufficient to compensate UBC for Defendants' infringement and enhanced damages under 35 U.S.C. § 284;

D.    That UBC be awarded attorneys' fees and costs pursuant to 35 U.S.C. § 285 or as otherwise permitted by law;

E.    That UBC be awarded its costs and expenses in this action; and

H.    Such other and further relief as the Court deems just and proper.

Dated:  May 28, 2024                          **PERKINS COIE LLP**


By: /s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
Dorianne Salmon, *pro hac vice* forthcoming
DSalmon@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Moeka Takagi, Bar No. 333226
MTakagi@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

*Attorneys for Plaintiff*
*University of British Columbia*

COMPLAINT FOR PATENT INFRINGEMENT