| | |
|---|---|
| Ramsey M. Al-Salam, Bar No. 109506<br>RAlsalam@perkinscoie.com<br>Dorianne Salmon, *pro hac vice*<br>DSalmon@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile:  (206) 359-9000<br><br>Moeka Takagi, Bar No. 333226<br>MTakagi@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile:  (650) 838-4350<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim-Defendant*<br>*University of British Columbia* | Marla R. Butler, *pro hac vice*<br>marla.butler@thompsonhine.com<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, GA 30326<br>Telephone: (404) 407-3680<br><br>Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com<br>**THOMPSON HINE LLP**<br>10050 Innovation Dr., #400<br>Miamisburg, OH 45342<br>Telephone: (937) 443-6841<br><br>Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com<br>**THOMPSON HINE LLP**<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>Telephone: (513) 352-6702<br><br>*Attorneys for Defendants/*<br>*Counterclaim-Plaintiffs*<br>*Caption Health & GE HealthCare*<br><br>Additional Counsel Listed on Signature Page |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF BRITISH COLUMBIA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAPTION HEALTH, INC.,<br>GE HEALTHCARE TECHNOLOGIES INC.,<br><br>    Defendants. | Case No. 5:24-cv-3200-EKL<br><br>**JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Eumi K. Lee |

Plaintiff University of British Columbia ("Plaintiff") and Defendants Caption Health, Inc. and GE HealthCare Technologies, Inc. (collectively "Defendants"), by and through their

JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION AND [PROPOSED] ORDER           -1-           CASE NO. 5:24-CV-3200-EKL

180092069.2

undersigned counsel of record, and subject to the approval of the Court, hereby jointly stipulate and agree as follows:

1. Pursuant to the Court's Case Management and Scheduling Order (Dkt. No. 39), dated October 11, 2024, the deadline to complete an initial ADR session is February 21, 2025.
2. The parties attempted to schedule an ADR session by that date but were unsuccessful in finding a mediator and date that were acceptable to everyone.  They have now agreed on a mediation date for March 13, 2025, before Claude Stern, Judicial Arbitration and Mediation Services, Inc. (JAMS), Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, Ph. 415-982-5267.
3. The parties hereby jointly stipulate, agree, and respectfully submit for approval by the Court to extend the deadline to complete an initial ADR session from February 21, 2025, to March 14, 2025.
4. The extension of time will not impact any other deadlines.

**IT IS SO STIPULATED.**

JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION; AND [PROPOSED] ORDER   -2-   CASE NO. 5:24-CV-3200-EKL

180092069.2

Dated: February 21, 2025

| | |
|---|---|
| /s/ Ramsey M. Al-Salam<br>Ramsey M. Al-Salam, Bar No. 109506<br>RAlsalam@perkinscoie.com<br>Dorianne Salmon, *pro hac vice*<br>DSalmon@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br><br>Moeka Takagi, Bar No. 333226<br>MTakagi@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim-Defendant*<br>*University of British Columbia* | /s/ Jesse L. Jenike-Godshalk<br>Marla R. Butler, *pro hac vice*<br>marla.butler@thompsonhine.com<br>THOMPSON HINE LLP<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, GA 30326<br>Telephone: (404) 407-3680<br><br>Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com<br>THOMPSON HINE LLP<br>10050 Innovation Dr., #400<br>Miamisburg, OH 45342<br>Telephone: (937) 443-6841<br><br>Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com<br>THOMPSON HINE LLP<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>Telephone: (513) 352-6702<br><br>Andrew Himebaugh, *pro hac vice*<br>andy.himebaugh@thompsonhine.com<br>THOMPSON HINE LLP<br>20 N Clark Street, Suite 3200<br>Chicago, IL 60602<br>Telephone: (312) 998-4247<br><br>Jennifer Seraphine, Bar No. 245463<br>seraphine@turnerboyd.com<br>Vyson Hsu, Bar No. 322336<br>hsu@turnerboyd.com<br>TURNER BOYD SERAPHINE LLP<br>155 Bovet Road, Suite 750<br>San Mateo, CA 94402<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>*Attorneys for Defendants/Counterclaim-*<br>*Plaintiffs Caption Health &*<br>*GE HealthCare* |

**JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION; AND [PROPOSED] ORDER**   -3-   CASE NO. 5:24-CV-3200-EKL

180092069.2

**<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

Dated: February 21, 2025

/s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam

| | |
|---|---|
| JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION; AND [PROPOSED] ORDER | -4-     CASE NO. 5:24-CV-3200-EKL |

180092069.2

1
2  **[PROPOSED] ORDER**
3
      PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5  Dated: _____     _____
                                                            Hon. Eumi K. Lee

| | | |
|---|---|---|
| **JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION; AND [PROPOSED] ORDER** | -5- | CASE NO. 5:24-CV-3200-EKL |

180092069.2