| | |
|---|---|
| Ramsey M. Al-Salam, Bar No. 109506<br>RAlsalam@perkinscoie.com<br>Dorianne Salmon, *pro hac vice*<br>DSalmon@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile:  (206) 359-9000<br><br>Moeka Takagi, Bar No. 333226<br>MTakagi@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile:  (650) 838-4350<br><br>*Attorneys for Plaintiff/<br>Counterclaim-Defendant<br>University of British Columbia* | Marla R. Butler, *pro hac vice*<br>marla.butler@thompsonhine.com<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, GA 30326<br>Telephone: (404) 407-3680<br><br>Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com<br>**THOMPSON HINE LLP**<br>10050 Innovation Dr., #400<br>Miamisburg, OH 45342<br>Telephone: (937) 443-6841<br><br>Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com<br>**THOMPSON HINE LLP**<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>Telephone: (513) 352-6702<br><br>*Attorneys for Defendants/<br>Counterclaim-Plaintiffs<br>Caption Health & GE HealthCare*<br><br>Additional Counsel Listed on Signature Page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIVERSITY OF BRITISH COLUMBIA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPTION HEALTH, INC.,<br>GE HEALTHCARE TECHNOLOGIES INC.,<br><br>        Defendants. | Case No. 5:24-cv-3200-EKL<br><br>**JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Eumi K. Lee |

Pursuant to Local Rule 6-2, Plaintiff University of British Columbia ("Plaintiff") and Defendants Caption Health, Inc. and GE HealthCare Technologies, Inc. (collectively

**JOINT STIPULATION FOR REQUEST FOR EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS AND [~~PROPOSED~~] ORDER**          -1-          CASE NO. 5:24-CV-3200-EKL

180092069.1

"Defendants"), by and through their undersigned counsel of record, and subject to the approval of the Court, hereby jointly stipulate and agree as follows:

1. Pursuant to the Court's Scheduling Order (Dkt. 49), dated January 2, 2025, the deadline for Defendants to serve their Invalidity Contentions & Accompanying Production is March 28, 2025.

2. On February 7, 2025, Plaintiff served its Second Supplemental Disclosure of Asserted Claims and Preliminary Infringement Contentions. Plaintiff attached four claim charts—two for U.S. Patent No. 11,129,591 and two for U.S. Patent No. 10,751,029. Together, these charts total 682 pages, and they introduce previously-undisclosed positions for both patents. Defendants seek additional time to consider the appropriateness of these amendments and other effects that the new positions in these claim charts may have on Defendants' invalidity arguments and to incorporate those insights into Defendants' Invalidity Contentions.

3. The parties hereby jointly stipulate, agree, and respectfully submit for approval by the Court to extend the deadline for Defendants to serve their Invalidity Contentions & Accompanying Production from March 28, 2025 to April 18, 2025.

4. The extension of time will not impact any other deadlines.

**IT IS SO STIPULATED.**

JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION; AND [~~PROPOSED~~] ORDER     -2-     CASE NO. 5:24-CV-3200-EKL

180092069.1

Dated: __March 4, 2025__

| | |
|---|---|
| */s/ Ramsey M. Al-Salam*<br>Ramsey M. Al-Salam, Bar No. 109506<br>RAlsalam@perkinscoie.com<br>Dorianne Salmon, *pro hac vice*<br>DSalmon@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile:  (206) 359-9000<br><br>Moeka Takagi, Bar No. 333226<br>MTakagi@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile:  (650) 838-4350<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim-Defendant*<br>*University of British Columbia* | */s/ Marla R. Butler*<br>Marla R. Butler, *pro hac vice*<br>marla.butler@thompsonhine.com<br>THOMPSON HINE LLP<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, GA 30326<br>Telephone: (404) 407-3680<br><br>Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com<br>THOMPSON HINE LLP<br>10050 Innovation Dr., #400<br>Miamisburg, OH 45342<br>Telephone: (937) 443-6841<br><br>Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com<br>THOMPSON HINE LLP<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>Telephone: (513) 352-6702<br><br>Andrew Himebaugh, *pro hac vice*<br>andy.himebaugh@thompsonhine.com<br>THOMPSON HINE LLP<br>20 N Clark Street, Suite 3200<br>Chicago, IL 60602<br>Telephone: (312) 998-4247<br><br>Jennifer Seraphine, Bar No. 245463<br>seraphine@turnerboyd.com<br>Vyson Hsu, Bar No. 322336<br>hsu@turnerboyd.com<br>TURNER BOYD SERAPHINE LLP<br>155 Bovet Road, Suite 750<br>San Mateo, CA 94402<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>*Attorneys for Defendants/Counterclaim-*<br>*Plaintiffs Caption Health &*<br>*GE HealthCare* |

**JOINT STIPULATION FOR FIRST REQUEST FOR EXTENSION OF TIME TO HOLD MEDIATION; AND [PROPOSED] ORDER**   -3-   CASE NO. 5:24-CV-3200-EKL

180092069.1

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

Dated: March 4, 2025                              */s/ Marla R. Butler*
                                                                   Marla R. Butler

JOINT STIPULATION FOR FIRST                    -4-                    CASE NO. 5:24-CV-3200-EKL
REQUEST FOR EXTENSION OF TIME
TO HOLD MEDIATION; AND
[~~PROPOSED~~] ORDER

180092069.1

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 4, 2025          _____
                                Hon. Eumi K. Lee

JOINT STIPULATION FOR FIRST
REQUEST FOR EXTENSION OF TIME
TO HOLD MEDIATION; AND
[~~PROPOSED~~] ORDER

-5-

CASE NO. 5:24-CV-3200-EKL

180092069.1