| | |
|---|---|
| Ramsey M. Al-Salam, CA Bar No. 109506<br>RAlsalam@perkinscoie.com<br>Dorianne Salmon, *pro hac vice*<br>DSalmon@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile:  (206) 359-9000<br><br>Moeka Takagi, CA Bar No. 333226<br>MTakagi@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile:  (650) 838-4350<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim-Defendant*<br>*University of British Columbia* | Marla R. Butler, *pro hac vice*<br>marla.butler@thompsonhine.com<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, GA 30326<br>Telephone: (404) 407-3680<br><br>Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com<br>**THOMPSON HINE LLP**<br>10050 Innovation Dr., #400<br>Miamisburg, OH 45342<br>Telephone: (937) 443-6841<br><br>Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com<br>**THOMPSON HINE LLP**<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>Telephone: (513) 352-6702<br><br>*Attorneys for Defendants/*<br>*Counterclaim-Plaintiffs*<br>*Caption Health & GE HealthCare*<br><br>Additional Counsel Listed on Signature Page |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| University of British Columbia,<br><br>      Plaintiff,<br><br>      v.<br><br>Caption Health, Inc.; GE Healthcare Technologies, Inc.,<br><br>      Defendant. | Case No. 5:24-cv-03200-EKL<br><br>JOINT STATUS REPORT REGARDING MEDIATION<br><br>Judge:   Eumi K. Lee |

Pursuant to the Court's Case Management & Scheduling Order (Dkt. 39), the parties submit the following joint status report regarding mediation. The parties conducted a mediation before Claude Stern, a mediator for JAMS, on March 13, 2025. The mediation was unsuccessful, but the parties are continuing to talk and Mr. Stern remains engaged in efforts to determine if the parties might resolve this matter before summary judgment or trial.

Dated: __March 18, 2025__

/s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
Dorianne Salmon, *pro hac vice*
DSalmon@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

Moeka Takagi, Bar No. 333226
MTakagi@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 838-4300
Facsimile:  (650) 838-4350

*Attorneys for Plaintiff/
Counterclaim-Defendant
University of British Columbia*

/s/ Jesse L. Jenike-Goshalk
Marla R. Butler, *pro hac vice*
marla.butler@thompsonhine.com
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326
Telephone: (404) 407-3680

Jeffrey C. Metzcar, *pro hac vice*
jeff.metzcar@thompsonhine.com
THOMPSON HINE LLP
10050 Innovation Dr., #400
Miamisburg, OH 45342
Telephone: (937) 443-6841

Jesse L. Jenike-Godshalk, *pro hac vice*
jesse.jenike-godshalk@thompsonhine.com
THOMPSON HINE LLP
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
Telephone: (513) 352-6702

Andrew Himebaugh, *pro hac vice*
andy.himebaugh@thompsonhine.com
THOMPSON HINE LLP
20 N Clark Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 998-4247

Jennifer Seraphine, Bar No. 245463
seraphine@turnerboyd.com
Vyson Hsu, Bar No. 322336
hsu@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, CA 94402

-3-

Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Defendants/Counterclaim-Plaintiffs Caption Health & GE HealthCare*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

Dated: March 18, 2025                                    */s/ Ramsey M. Al-Salam*
                                                         Ramsey M. Al-Salam