THOMPSON HINE LLP
Marla R. Butler, *pro hac vice*
marla.butler@thompsonhine.com
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326
Telephone: (404) 407-3680

Jeffrey C. Metzcar, *pro hac vice*
jeff.metzcar@thompsonhine.com
10050 Innovation Dr., #400
Miamisburg, OH 45342
Telephone: (937) 443-6841

Jesse L. Jenike-Godshalk, *pro hac vice*
jesse.jenike-godshalk@thompsonhine.com
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
Telephone: (513) 352-6702

Andrew Himebaugh, *pro hac vice*
andy.himebaugh@thompsonhine.com
20 N. Clark Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 998-4247

TURNER BOYD SERAPHINE LLP
Jennifer Seraphine, Bar No. 245463
seraphine@turnerboyd.com
Vyson Hsu, Bar No. 322336
hsu@turnerboyd.com
155 Bovet Road, Suite 750
San Mateo, CA 94402
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Defendants/Counterclaim-Plaintiffs Caption Health, Inc. & GE HealthCare Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIVERSITY OF BRITISH COLUMBIA,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>　　v.<br><br>CAPTION HEALTH, INC.<br>GE HEALTHCARE TECHNOLOGIES INC.<br><br>　　　　Defendants/Counterclaim-Plaintiffs. | Case No. 5:24-cv-3200-EKL<br><br>**DEFENDANTS' STATEMENT REGARDING UBC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (ECF NO. 61)** |

Pursuant to Northern District of California Local Rules 7-11 and 79-5(f) and Section VII of the Standing Order for Civil Cases Before Judge Eumi K. Lee, Defendants/Counterclaim-Plaintiffs Caption Health, Inc. ("Caption Health") and GE HealthCare Technologies, Inc. ("GE HealthCare") (collectively "Defendants") submit this statement regarding Plaintiff University of British Columbia's ("UBC") Administrative Motion to Consider Whether Defendants' Material Should Be Sealed (ECF No. 61) in connection with UBC's Answer to Defendants' Counterclaims (ECF No. 61-2). The present statement is based on the points and authorities herein, and on the accompanying Declaration of Marla R. Butler ("Butler Decl.") in support of this motion.

Defendants respectfully request the filing under seal of the following specific portions of specific documents:

| ECF No. | Document | Portions to Seal | Reasons for Sealing |
|---|---|---|---|
| 61-2 | UBC's Answer to Defendants' Counterclaims | Text highlighted in yellow at 4:21-27, 5:4-7, 5:10-14, 5:17-18, 5:21-22, 5:27-6:1, 8:1-3, 8:5-6, and 8:8-10 | Detailed proprietary and confidential description of product design. Butler Decl. ¶ 1. Public disclosure of this information would cause competitive harm to Defendants. *Id.* |

Civil L.R. 79-5(c) requires a specific statement of the legal standard applicable for keeping materials under seal, as well as a recitation of reasons, supported by evidence when necessary, for why the material meets this standard. Fed. R. Civ. P. 26(c) allows materials to be filed under seal when the party filing the material establishes "good cause" for doing so. The Northern District of California specifically requires a showing of "compelling reasons" for sealing materials such as those at issue here. *Fitzhenry-Russell v. Keurig Dr. Pepper Inc.,* 345 F.Supp.3d 1111, 1120 (N.D. Cal. 2018). A compelling reason exists when the material sought to be sealed, if publicly disclosed, may harm a party's or third parties' "competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets." *Fed. Trade Comm'n v. Qualcomm Inc.,* No. 17-CV-00220-LHK, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019); *see also Nextpulse, LLC v. Brunswick Corp.,* No. 22-CV-04071-HSG, 2023 WL 1880949, at *7 (N.D. Cal. Feb. 10, 2023)

(collecting cases in this District that find compelling reasons to seal "confidential, strategic, and competitively sensitive" information).

Here, the identified portions of the above-referenced document highlighted in yellow refer to detailed descriptions of confidential and proprietary aspects of Caption Guidance, the product accused of infringement in is case. *See* Butler Decl. ¶ 1. Public disclosure of these materials would result in competitive harm to Defendants. *Id.* This Court has already ordered the sealing of identical, or nearly identical, information in other documents on these same grounds. *See, e.g.*, ECF No. 54.

Accordingly, Defendants respectfully request that the Court grant UBC's Administrative Motion to Consider Whether Defendants' Material Should Be Sealed and allow the filing under seal of the above-identified portions of UBC's Answer to Defendants' Counterclaims.

|  |  |
|---|---|
| Dated: March 31, 2025 | THOMPSON HINE LLP<br><br>*/s/ Marla R. Butler*<br>Marla R. Butler, *pro hac* vice<br>marla.butler@thompsonhine.com<br>Two Alliance Center<br>3560 Lenox Road Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 407-3680<br><br>Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com<br>10050 Innovation Dr., #400<br>Miamisburg, OH 45342<br>Telephone: (937) 443-6841<br><br>Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>Telephone: (513) 352-6702<br><br>Andrew Himebaugh, *pro hac vice*<br>andy.himebaugh@thompsonhine.com<br>20 N. Clark Street, Suite 3200<br>Chicago, IL 60602<br>Telephone: (312) 998-4247<br><br>Jennifer Seraphine (State Bar No. 245463) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

seraphine@turnerboyd.com
Vyson Hsu (State Bar No. 322336)
hsu@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, CA 94402
Telephone: (650) 521-5930

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Caption Health, Inc. & GE HealthCare Technologies Inc.*