THOMPSON HINE LLP
Marla R. Butler, *pro hac vice*
marla.butler@thompsonhine.com
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326
Telephone: (404) 407-3680

Jesse L. Jenike-Godshalk, *pro hac vice*
jesse.jenike-godshalk@thompsonhine.com
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
Telephone: (513) 352-6702

Jeffrey C. Metzcar, *pro hac vice*
jeff.metzcar@thompsonhine.com
10050 Innovation Dr., #400
Miamisburg, OH 45342
Telephone: (937) 443-6841

Andrew Himebaugh, *pro hac vice*
andy.himebaugh@thompsonhine.com
20 N. Clark Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 998-4247

TURNER BOYD SERAPHINE LLP
Jennifer Seraphine, Bar No. 245463
seraphine@turnerboyd.com
Vyson Hsu, Bar No. 322336
hsu@turnerboyd.com
155 Bovet Road, Suite 750
San Mateo, CA 94402
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Defendants/Counterclaim-Plaintiffs Caption Health, Inc. & GE HealthCare Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF BRITISH COLUMBIA,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>CAPTION HEALTH, INC.<br>GE HEALTHCARE TECHNOLOGIES INC.<br><br>Defendants/Counterclaim-Plaintiffs. | Case No. 5:24-cv-3200-EKL<br><br>**DECLARATION OF MARLA R. BUTLER IN SUPPORT OF DEFENDANTS' STATEMENT REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED (ECF NO. 61)** |

I, Marla R. Butler, declare as follows:

I am counsel for Defendants Caption Health, Inc. and GE HealthCare Technologies Inc. I submit this declaration, pursuant to Civil L.R. 79-5(f)(3), in support of Defendants' Statement Regarding UBC's Administrative Motion to Consider Whether Defendants' Material Should Be Sealed (ECF No. 61). I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto under oath.

1. In their counterclaims, Defendants include detailed descriptions of confidential and proprietary aspects of Caption Guidance. As a result, they successfully sought to seal portions of their counterclaims. In answering the sealed allegations, Plaintiff University of British Columbia repeats some of those allegations, including detailed descriptions of confidential and proprietary aspects of Caption Guidance. Disclosure of this information to the public would put Defendants at risk of competitive harm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2025 at Atlanta, Georgia.

>*/s/ Marla R. Butler*
> Marla R. Butler