| | |
|---|---|
| Ramsey M. Al-Salam, CA Bar No. 109506<br>RAlsalam@perkinscoie.com<br>Dorianne Salmon, *pro hac vice*<br>DSalmon@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile:  (206) 359-9000<br><br>Moeka Takagi, CA Bar No. 333226<br>MTakagi@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: (650) 838-4300<br>Facsimile:  (650) 838-4350<br><br>*Attorneys for Plaintiff/*<br>*Counterclaim-Defendant*<br>*University of British Columbia* | Marla R. Butler, *pro hac vice*<br>marla.butler@thompsonhine.com<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, GA 30326<br>Telephone: (404) 407-3680<br><br>Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com<br>**THOMPSON HINE LLP**<br>10050 Innovation Dr., #400<br>Miamisburg, OH 45342<br>Telephone: (937) 443-6841<br><br>Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com<br>**THOMPSON HINE LLP**<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202<br>Telephone: (513) 352-6702<br><br>*Attorneys for Defendants/*<br>*Counterclaim-Plaintiffs*<br>*Caption Health & GE HealthCare*<br><br>Additional Counsel Listed on Signature Page |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| University of British Columbia,<br><br>      Plaintiff,<br><br>      v.<br><br>Caption Health, Inc.; GE Healthcare Technologies, Inc.,<br><br>      Defendant. | Case No. 5:24-cv-03200-EKL<br><br>JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3<br><br>Judge:    Eumi K. Lee |

Pursuant to Patent L.R. 4-3, plaintiff University of British Columbia ("UBC" or "Plaintiff") and defendants Caption Health, Inc. and GE Healthcare Technologies, Inc. ("Defendants") (collectively, the "Parties") jointly submit this Joint Claim Construction and Prehearing Statement regarding U.S. Patent Nos. 11,129,591 (the "'591 patent") and 10,751,029 (the "'029 patent"), which are attached as Exhibits A and B herein.

I. **Proposed Claim Constructions and Supporting Evidence**

A. **Construction of Terms on Which the Parties Agree**

Pursuant to Patent L.R. 4-3(a), the Parties identify the following terms and corresponding constructions on which the Parties agree:

| | |
|---|---|
| "means for receiving signals representing a set of ultrasound images of the subject"<br><br>('029 patent, claim 30) | <u>Function</u>: receiving signals representing a set of ultrasound images of the subject<br><br><u>Corresponding structure that performs the function</u>: a processor with I/O interface |
| "means for deriving one or more extracted feature representations from the set of ultrasound images"<br><br>('029 patent, claim 30) | <u>Function</u>: deriving one or more extracted feature representations from the set of ultrasound images<br><br><u>Corresponding structure that performs the function</u>: a processor and memory operating a neural network |
| "means for determining, based on the derived one or more extracted feature representations, a quality assessment value representing a quality assessment of the set of ultrasound images"<br><br>('029 patent, claim 30) | <u>Function</u>: determining, based on the derived one or more extracted feature representations, a quality assessment value representing a quality assessment of the set of ultrasound images<br><br><u>Corresponding structure that performs the function</u>: a processor and memory operating a neural network |
| "means for determining, based on the derived one or more extracted feature representations, an image property associated with the set of ultrasound images"<br><br>('029 patent, claim 30) | <u>Function</u>: determining, based on the derived one or more extracted feature representations, an image property associated with the set of ultrasound images<br><br><u>Corresponding structure that performs the function</u>: a processor and memory operating a neural network |

| | |
|---|---|
| "means for producing signals representing the quality assessment value and the image property for causing the quality assessment value and the image property to be associated with the set of ultrasound images"<br><br>('029 patent, claim 30) | <u>Function</u>: producing signals representing the quality assessment value and the image property for causing the quality assessment value and the image property to be associated with the set of ultrasound images<br><br><u>Corresponding structure that performs the function</u>: a processor and memory |

### B.     Proposed Constructions of Disputed Terms

Pursuant to Patent L.R. 4-3(b), the Parties attach Exhibit C, which sets forth each Party's proposed construction of each disputed term and identifies any intrinsic and/or extrinsic evidence known to each Party, respectively, on which the Party intends to rely.

### C.     Identification of Significant Terms

Pursuant to Patent L.R. 4-3(c) and Sec. III.A. of Judge Lee's Patent Standing Order, the Parties identify the terms listed below as most significant to resolution of the case. Plaintiff does not believe any particular term is case dispositive; all terms other than "quality assessment value" were identified by Defendants for construction. Defendants believe that the "determining" and "in response to determining" terms, if construed as Defendants have proposed, will be dispositive with respect to alleged infringement of the '591 patent.

  1. "quality assessment value" ('591 patent, claims 1–3, 5, 7–17, 19; '029 patent, claims 1, 9-14, 21, 27-30)

  2. "determining that a [first/second] set of assessment parameters of the sets of assessment parameters is associated with the [first/second] view category" ('591 patent, claims 1, 11, 15)

  3. "in response to determining that the [first/second] set of assessment parameters is associated with the [first/second] view category, inputting the [first/second] at least one echocardiographic image into the neural network defined by the [first/second] set of assessment parameters" ('591 patent, claims 1, 11, 15)

  4. "a set of common [assessment/neural network] parameters, which are common to each of the sets of [assessment/neural network] parameters" ('591 patent, claims 6, 10, 14, 20)

  5. "clinical plane assessment value" ('591 patent, claims 9, 13)

## II. Anticipated Length of Time for Claim Construction Hearing

The Parties respectively request three (3) hours, with time split evenly between the sides.

## III. Witnesses

The Parties do not anticipate the need to call any witnesses at the Claim Construction Hearing.

## IV. Factual Findings

The Parties do not request any factual findings related to claim construction from the Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 30, 2025 | */s/ Jesse L. Jenike-Godshalk*<br>Marla R. Butler, *pro hac vice* |
| 3 | */s/ Ramsey M. Al-Salam* | marla.butler@thompsonhine.com<br>THOMPSON HINE LLP |
| 4 | Ramsey M. Al-Salam, Bar No. 109506<br>RAlsalam@perkinscoie.com | Two Alliance Center |
| 5 | Dorianne Salmon, *pro hac vice*<br>DSalmon@perkinscoie.com | 3560 Lenox Road NE, Suite 1600<br>Atlanta, GA 30326 |
| 6 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 | Telephone: (404) 407-3680 |
| 7 | Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000 | Jeffrey C. Metzcar, *pro hac vice*<br>jeff.metzcar@thompsonhine.com |
| 8 | Facsimile:  (206) 359-9000 | THOMPSON HINE LLP<br>10050 Innovation Dr., #400 |
| 9 | Moeka Takagi, Bar No. 333226<br>MTakagi@perkinscoie.com | Miamisburg, OH 45342<br>Telephone: (937) 443-6841 |
| 10 | PERKINS COIE LLP<br>3150 Porter Drive | |
| 11 | Palo Alto, California 94304-1212<br>Telephone: (650) 838-4300 | Jesse L. Jenike-Godshalk, *pro hac vice*<br>jesse.jenike-godshalk@thompsonhine.com |
| 12 | Facsimile:  (650) 838-4350 | THOMPSON HINE LLP<br>312 Walnut Street, Suite 2000 |
| 13 | *Attorneys for Plaintiff/*<br>*Counterclaim-Defendant* | Cincinnati, OH 45202<br>Telephone: (513) 352-6702 |
| 14 | *University of British Columbia* | |
| 15 | | Andrew Himebaugh, *pro hac vice*<br>andy.himebaugh@thompsonhine.com |
| 16 | | THOMPSON HINE LLP<br>20 N Clark Street, Suite 3200 |
| 17 | | Chicago, IL 60602<br>Telephone: (312) 998-4247 |
| 18 | | |
| 19 | | Jennifer Seraphine, Bar No. 245463<br>seraphine@turnerboyd.com |
| 20 | | Vyson Hsu, Bar No. 322336<br>hsu@turnerboyd.com |
| 21 | | TURNER BOYD SERAPHINE LLP<br>155 Bovet Road, Suite 750 |
| 22 | | San Mateo, CA 94402 |
| 23 | | Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931 |
| 24 | | |
| 25 | | *Attorneys for Defendants/Counterclaim-*<br>*Plaintiffs Caption Health &* |
| 26 | | *GE HealthCare* |
| 27 | | |
| 28 | | |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

Dated: May 30, 2025                              */s/ Ramsey M. Al-Salam*
                                                                Ramsey M. Al-Salam