# EXHIBIT C

**EXHIBIT C**

| Claim Term | UBC's Proposed Construction | UBC's Supporting Evidence | Defendants' Proposed Construction | Defendants' Supporting Evidence |
|---|---|---|---|---|
| "quality assessment value" ('591 patent, claims 1–3, 5, 7–17, 19; '029 patent, claims 1, 9-14, 21, 27-30) | Plain and ordinary meaning / no construction required. | **Intrinsic Evidence:** *See e.g.,* '591 patent (UBC_CAPTION_00001187-1230) at abstract, 1:15-2:65, 3:64-4:4, 4:15-17, 4:27-33, 4:40-43, 4:46-48, 4:55-57, 5:3-55, 5:8-45, 5:62-6:20, 7:11-19, 8:53-9:18, 11:27-41, 12:7-55, 13:62-14:4, 14:38-17:47, 18:12-35, 20:7-63, 21:22-59, 23:43-46, 24:1-25, 24:42-46, 25:19-48, 25:65-26:2, 26:13-27:2, 27:13-20, 27:48-30:33, 30:48-34:7, Figs. 2-3, 8, 12-13, 16, 18, 21, claims 1-3, 5, 7-17, 19. '029 patent (UBC_CAPTION_00002175-2204) at abstract, 1:16-49, 2:8-49, 2:51-62, 3:33-65, 4:12-21, 4:37-46, 4:61-5:59, 6:42-55, 6:56-7:42, 8:37-51, 9:64-10:8, 11:30-42, 12:52-13:48, 14:54-15:26, 16:1-13, 16:39-64, 17:23-4, 18:7-53, 19:8-28, 19:36-20:26, 20:35-49, 22:11-15, 22:33-42, Figs. 2-4, 10-12, claims 1, 9-14, 21, 27-30. '591 File History (UBC_CAPTION_00000233-1177), 10/22/2018 Appl., 3/15/2019 Prelim. | score of diagnostic image quality | **Intrinsic Evidence:** ['591 patent: 5:30-45, 5:62-67, 6:17-20, 14:50- 15:54, 20:25-35, Fig. 12 (424), Fig. 13 (442), Fig. 18 (784), claim 2] ['029 patent: 5:5-22, 5:38-39, 6:52-55, 7:7-14, 7:15-32, 16:50-58] |

| | | Amdt., 5/5/2021 Office Action, 8/5/2021 Applicant Resp., 8/18/2021 Notice of Allowance.<br><br>'029 File History (UBC_CAPTION_00002214-2956), 8/30/2019 Appl., 1/8/2020 Office Action, 3/19/2020 Applicant Resp., 6/25/2020 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>*See e.g., Automatic Detection of Proper Views in Apical Four-Chamber Echocardiography Using Deep Convolutional Neural Networks* (UBC_CAPTION_00000001-6), *Automatic quality assessment of apical four-chamber echocardiograms using deep convolutional neural networks* (UBC_CAPTION_00002128-2134), *Automatic Quality Assessment of Echocardiograms Using Convolutional Neural Networks: Feasibility on the Apical Four-Chamber View* (UBC_CAPTION_00002135-2144), *Quality Assessment of Echocardiographic Cine Using Recurrent Neural Networks: Feasibility on Five Standard View Planes* (UBC_CAPTION_00002145-2153). | | |

| "determining that a [first/second] set of assessment parameters of the sets of assessment parameters is associated with the [first/second] view category"  ('591 patent, claims 1, 11, 15) | Plain and ordinary meaning / no construction required. | **Intrinsic Evidence:** *See e.g.,* '591 patent (UBC_CAPTION_00001187-1230) at abstract, 1:38-3:55, 4:1-4, 4:7-9, 3:24-26, 3:40-43, 5:8-29, 5:30-45, 9:37-10:18, 11:27-12:6, 13:62-14:26, 14:50-15:54, 17:48-18:57, 20:55-22:52, 25:33-26:2, 26:13-45, 27:21-41, 28:53-29:7, 29:42-30:6, 30:55-31:10, 32:24-46, 33:21-34:7, Figs. 3, 5, 11, 16, claims 1, 11, 15. '591 File History (UBC_CAPTION_00000233-1177), 10/22/2018 Appl., 3/15/2019 Prelim. Amdt., 5/5/2021 Office Action, 8/5/2021 Applicant Resp., 8/18/2021 Notice of Allowance. **Extrinsic Evidence:** *See e.g., Automatic Detection of Proper Views in Apical Four-Chamber Echocardiography Using Deep Convolutional Neural Networks* (UBC_CAPTION_00000001-6), *Automatic quality assessment of apical four-chamber echocardiograms using deep convolutional neural networks* (UBC_CAPTION_00002128-2134), *Automatic Quality Assessment of Echocardiograms Using* | determining which of the respective sets of assessments parameters is associated with the [first/second] view category | **Intrinsic Evidence:** ['591 patent: Fig. 2 (142, 146), Fig. 7 (302), Fig. 10 (342), Fig. 11 (402), 8:43-52, 8:57-65, 9:16- 18, 10:47-51, 10:62-11:23, 11:34-44, 11:52-59, 13:26-37, 13:48-52, 13:62-14:26, 34:42-46]  [Prosecution History of the '591 patent: UBC_CAPTION_00001133-1138] |

| | | *Convolutional Neural Networks: Feasibility on the Apical Four-Chamber View* (UBC_CAPTION_00002135-2144), *Quality Assessment of Echocardiographic Cine Using Recurrent Neural Networks: Feasibility on Five Standard View Planes* (UBC_CAPTION_00002145-2153). | | |
|---|---|---|---|---|
| "in response to determining that the [first/second] set of assessment parameters is associated with the [first/second] view category, inputting the [first/second] at least one echocardiographic image into the neural network defined by the [first/second] set of assessment parameters"<br><br>('591 patent, claims 1, 11, 15) | Plain and ordinary meaning / no construction required. | **Intrinsic Evidence:**<br>*See e.g.,*<br>'591 patent (UBC_CAPTION_00001187-1230) at abstract, 1:38-3:55, , 4:1-4, 4:7-9, 3:24-26, 3:40-43, 5:8-29, 5:30-45, 9:37-10:30, 11:27-12:6, 13:62-14:49, 15:55-16:11, 17:48-18:61, 20:55-22:52, 25:33-26:2, 26:13-45, 27:21-41, 28:53-29:7, 29:42-30:6, 30:55-31:10, 32:24-46, 33:21-34:7, Figs. 3, 5, 11, 16, claims 1, 11, 15.<br>'591 File History (UBC_CAPTION_00000233-1177), 10/22/2018 Appl., 3/15/2019 Prelim. Amdt., 5/5/2021 Office Action, | in response to determining that the [first/second] set of assessment parameters is associated with the [first/second] view category, inputting the [first/second] at least one echocardiographic image into the respective neural network defined by the [first/second] set of assessment parameters | **Intrinsic Evidence:**<br>['591 patent: Fig. 2 (146), Fig. 8 (374), Fig. 10 (340, 342), Fig. 11 (404) 13:5-37, 13:44-52, 14:27-49]<br><br>[Prosecution History of the '591 patent: UBC_CAPTION_00001133-1138] |

| | | | | |
|---|---|---|---|---|
| | | 8/5/2021 Applicant Resp., 8/18/2021 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>*See e.g., Automatic Detection of Proper Views in Apical Four-Chamber Echocardiography Using Deep Convolutional Neural Networks* (UBC_CAPTION_00000001-6), *Automatic quality assessment of apical four-chamber echocardiograms using deep convolutional neural networks* (UBC_CAPTION_00002128-2134), *Automatic Quality Assessment of Echocardiograms Using Convolutional Neural Networks: Feasibility on the Apical Four-Chamber View* (UBC_CAPTION_00002135-2144), *Quality Assessment of Echocardiographic Cine Using Recurrent Neural Networks: Feasibility on Five Standard View Planes* (UBC_CAPTION_00002145-2153). | | |
| "a set of common [assessment/neural network] parameters, which are common to each of the sets of | Plain and ordinary meaning / no construction required. | **Intrinsic Evidence:**<br>*See e.g.,*<br>'591 patent (UBC_CAPTION_00001187-1230) at 4:15-23, 4:55-57, 12:7-13:61, 14:27- | a set of [assessment/neural network] parameters, which are common to each of the sets of | **Intrinsic Evidence:**<br>['591 patent: Fig. 8 (362), Fig. 9 (320), 11:52-62, 12:7-21, 12:31-41, 13:5-25, 13:44-52, 14:27-47, 24:1-15] |

| [assessment/neural network] parameters" | | 49, 20:64-21:9, 21:47-22:29, 22:40-48, 24:1-25, 25:65-26:2, 27:42-47, 28:30-52, 29:19-41, 31:11-16, 31:65-32:23, 32:58-33:16, FIGs. 8-10, 21, claims 6, 10, 14, 20. | [assessment/neural network] parameters, and which can be shared neural network layers | |
| ('591 patent, claims 6, 10, 14, 20) | | '591 File History (UBC_CAPTION_00000233-1177), 10/22/2018 Appl., 3/15/2019 Prelim. Amdt., 5/5/2021 Office Action, 8/5/2021 Applicant Resp., 8/18/2021 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br><br>*See e.g., Automatic Detection of Proper Views in Apical Four-Chamber Echocardiography Using Deep Convolutional Neural Networks* (UBC_CAPTION_00000001-6), *Automatic quality assessment of apical four-chamber echocardiograms using deep convolutional neural networks* (UBC_CAPTION_00002128-2134), *Automatic Quality Assessment of Echocardiograms Using Convolutional Neural Networks: Feasibility on the Apical Four-Chamber View* (UBC_CAPTION_00002135-2144), *Quality Assessment of Echocardiographic Cine Using Recurrent Neural Networks: Feasibility on Five Standard View* | | |

| | | | | |
|---|---|---|---|---|
| | | *Planes* (UBC_CAPTION_00002145-2153). | | |
| "clinical plane assessment value" ('591 patent, claims 9, 13) | a value indicating the extent to which the image allows for a quantified clinical measurement of anatomical features | **Intrinsic Evidence:** *See e.g.,* '591 patent (UBC_CAPTION_00001187-1230) at 1:65-2:18, 2:46-65, 3:32-55, 14:50-15:51, 18:12-15, 20:25-35, 28:23-29, 29:12-18, 31:58-64, 32:51-57, claims 9, 13. '591 File History (UBC_CAPTION_00000233-1177), 10/22/2018 Appl., 3/15/2019 Prelim. Amdt., 5/5/2021 Office Action, 8/5/2021 Applicant Resp., 8/18/2021 Notice of Allowance. **Extrinsic Evidence:** *See e.g., Automatic Detection of Proper Views in Apical Four-Chamber Echocardiography Using Deep Convolutional Neural Networks* (UBC_CAPTION_00000001-6), *Automatic quality assessment of apical four-chamber echocardiograms using deep convolutional neural networks* (UBC_CAPTION_00002128-2134), *Automatic Quality Assessment of Echocardiograms Using Convolutional Neural Networks:* | component quality score | **Intrinsic Evidence:** ['591 patent: 5:46-51, 9:1-12, 14:61-15:27] |

| | | *Feasibility on the Apical Four-Chamber View* (UBC_CAPTION_00002135-2144), *Quality Assessment of Echocardiographic Cine Using Recurrent Neural Networks: Feasibility on Five Standard View Planes* (UBC_CAPTION_00002145-2153). | | |
| --- | --- | --- | --- | --- |